AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

3:13CV 204

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.        DATE FILED | U.S. District Court, Northern District of Indiana<br>South Bend Division<br>204 S. Main Street, South Bend, IN 46601 |
| PLAINTIFF<br>Malibu Media, LLC | DEFENDANT<br>John Doe subscriber assigned IP address<br>50.129.208.172 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001826998 | Afternoon Picnic | Malibu Media, LLC |
| 2 PA0001779796 | Blonde Ambition | Malibu Media, LLC |
| 3 PA0001787253 | Breakfast in Bed | Malibu Media, LLC |
| 4 PA0001771706 | Carmen Leila Christmas Vacation | Malibu Media, LLC |
| 5 See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## CONTINUATION OF DOCUMENT AO-121

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001806476 | First Love | Malibu Media, LLC |
| 6. PA0001762409 | Girls Night Out | Malibu Media, LLC |
| 7. PA0001794461 | Happy Couple | Malibu Media, LLC |
| 8. PA0001780472 | Just Married | Malibu Media, LLC |
| 9. PA0001790375 | Romantic Memories | Malibu Media, LLC |
| 10. PA0001824840 | Seeing Double | Malibu Media, LLC |
| 11. PA0001813361 | Soul Mates | Malibu Media, LLC |
| 12. PA0001813360 | Still With Me | Malibu Media, LLC |
| 13. PA0001779634 | The Masseuse | Malibu Media, LLC |
| 14. PA0001776806 | The Ultimate Blowjob | Malibu Media, LLC |
| 15. PA0001762022 | Tiffany Sex With A Supermodel | Malibu Media, LLC |
| 16. PA0001809287 | Wild Things | Malibu Media, LLC |

NIN18