File Hashes for IP Address 50.129.208.172

**ISP:** Comcast Cable
**Physical Location:** Elkhart, IN

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/23/2013 15:50:42 | 1346D27E1844FA76512A5343422CC18E21483FB2 | Seeing Double |
| 02/23/2013 15:47:36 | 569FC4DE1D4193A0249BF482BA837A00E619ECB3 | Afternoon Picnic |
| 02/23/2013 03:39:01 | 554F315ECA9DB806CD79460F582D03880FCA3A5A | The Ultimate Blowjob |
| 02/23/2013 03:33:33 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 11/27/2012 12:48:18 | 85900031A5EC6FABFCA6FFFD4B4230DB748D0652 | Blonde Ambition |
| 11/27/2012 11:14:27 | A80E5B3C9F2E6B655DDCBE88A4EE11DDD7E99E9B | The Masseuse |
| 11/27/2012 10:51:13 | A4390BA19A28CE29B24C4B84666ED8C172142C52 | Breakfast in Bed |
| 11/07/2012 22:24:00 | 2AB27199514676D1AC6AA898B32D57013DFD5C45 | Carmen Leila Christmas Vacation |
| 11/05/2012 17:58:53 | 724B683AE5379E52DBC61E9DAFED4BF500791CAC | Soul Mates |
| 11/03/2012 00:06:25 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 11/02/2012 03:04:38 | 749873E5CA8B1E378418D556C3C8336C3ECE26A5 | Just Married |
| 10/25/2012 21:06:18 | A6EB14E87E454CA43454D196146E802392704DF8 | Girls Night Out |
| 09/15/2012 13:40:09 | 8E20B318AD304256D4DE718ECB43E7358B18C50F | First Love |
| 08/07/2012 03:28:39 | 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Romantic Memories |
| 08/02/2012 02:57:30 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel |
| 07/26/2012 17:38:41 | F4D7A6FEF4CF47C0073E29D4EA31DDBC27A997BD | Happy Couple |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

NIN18