**Expanded Surveillance of IP Address 50.129.208.172**

**ISP:** Comcast Cable
**Location:** Elkhart, IN

| Hit Date  UTC | Filename |
|---|---|
| 03/06/2013 | Adobe Acrobat XI Professional 11.0.1 |
| 03/05/2013 | CCleaner Professional and  Business Edition v3.28.1913 Incl Crack + Key [TorDigger] |
| 03/02/2013 | Adobe Acrobat X MUI |
| 02/27/2013 | XDroneRelease-000a5 |
| 02/24/2013 | [ www.Speed.Cd ] - Red Dawn 2012 BRrip XviD AC3 - MiNiSTRY |
| 02/24/2013 | Red.Dawn.2012.BluRay.1080p.x264-LTT |
| 02/24/2013 | Red Dawn 2012 Web 720p H264 720p [Eng] johno70 |
| 02/23/2013 | Adobe Master Collection CS6 WORKING [ENG]- P2P |
| 02/23/2013 | X-Art.13.02.02.Addison.And.Gianna.Seeing.Double.XXx |
| 02/23/2013 | prnfle1590x.mov |
| 02/23/2013 | X-Art - Afternoon Picnic (2013) [1080p].mov |
| 02/23/2013 | Adobe Photoshop CS6 Crack .DLL Files |
| 02/23/2013 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 02/23/2013 | Adobe Photoshop CS6 13.1.2 Extended |
| 02/22/2013 | w_turbotax_1040.exe |
| 02/19/2013 | Active Partition Recovery Enterprise 8.0 |
| 02/19/2013 | Partition Wizard Prof Edition V5 64-bit (1-click run)(registred).exe |
| 02/19/2013 | Partition Wizard Bootable CD v7.7 |
| 02/16/2013 | VA-Trainspotting-1996-CBM |
| 02/16/2013 | X-Art  Silvie  hd 1080 |
| 02/16/2013 | X-Art - Sacred Romance (2013) [1080p].mov |

EXHIBIT C

NIN18

| Hit Date  UTC | Filename |
|---|---|
| 02/15/2013 | Documents- To Go |
| 02/15/2013 | OfficeSuiteV7.0.1166 |
| 02/14/2013 | Winamp Pro v1.4.8.apk |
| 02/14/2013 | X-Art-2012-4 [1080p] |
| 02/12/2013 | Adobe Photoshop Elements v 11.0 X86X64 Multilingual Updated 2013 [WwW.LoKoTorrents.CoM] |
| 02/12/2013 | Adobe Photoshop CS6 13.1.2 Extended Multilanguage [ChingLiu] |
| 02/02/2013 | Practical Photoshop Magazine January 2013 [azizex666] |
| 02/02/2013 | PhotoshopUser2012-12.pdf |
| 02/02/2013 | Photoshop User - February 2013 - [RedBull123] |
| 02/02/2013 | Photoshop  Down and Dirty Tricks Book + Textures.rar |
| 02/01/2013 | Internet Download Manager (IDM) v6.15 build 1 Incl Crack with Key [TorDigger] |
| 02/01/2013 | Adobe Photoshop CS6 Extended Crack .DLL Files |
| 01/25/2013 | Loaris Trojan Remover 1.2.7.3 + Crack |
| 01/25/2013 | NETGATE Registry Cleaner v4.0.805 with Key [TorDigger] |
| 01/25/2013 | CCleaner Professional and Business Edition 3.27.1900 Incl Crack [TorDigger] |
| 01/25/2013 | googlecalendarsync_installer.exe |
| 01/20/2013 | Paragon Partition Manager 12 Professional 10.1.19.15721  + Key |
| 01/17/2013 | Basic 2003 DVDRip BigPerm LKRG.avi |
| 01/16/2013 | Hot student couple |
| 01/14/2013 | EaseUS CleanGenius Pro 3.0.6 Portable (registred).exe |
| 01/12/2013 | Introduce Your Pussy To Me - Gloria, Stephanie HD 1080p |
| 01/11/2013 | The Art of Sex 2 (2012) WEB-DL |
| 01/11/2013 | CCleaner Professional 64-bit v3.26.1888 Portable (registred).exe |
| 01/10/2013 | Piano For You Full v1.2.2 Final By bobiras2009.apk |
| 01/10/2013 | PrintHand Mobile Print Premium v1.2.2 Final By bobiras2009.apk |

EXHIBIT C

NIN18

| Hit Date  UTC | Filename |
|---|---|
| 01/09/2013 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 01/09/2013 | Sadie Holmes - In-Home Massage HD720p (reshi5531) |
| 01/08/2013 | x-art_ivy_spur_of_the_moment_1080.mov |
| 01/07/2013 | prnfle1130x.mp4 |
| 01/07/2013 | prnfle1127x.mp4 |
| 01/07/2013 | Veronica Rodriguez - Sexy Pleasures.mp4 |
| 01/07/2013 | My.Sisters.Hot.Friend-Eve.Laurence.and.Mckenzee.Miles.wmv |
| 01/05/2013 | IObit Malware Fighter Pro v1.7.0.0 [h33t] [ku92] Full |
| 01/04/2013 | 18OnlyGirls - Join Us - Alexis, Christel [1080p].mp4 |
| 01/03/2013 | X-Art  Angie 540p |
| 01/02/2013 | Billboard Top100 Single Charts vom 22 12 2012 [Mp3][www.lokotorrents.com] |
| 01/02/2013 | VA - Billboard 2012 - Year End Hot 100 Songs [2012-Compilation] iTunes M4A NimitMak SilverRG |
| 12/31/2012 | IObit Malware Fighter Pro 1.7.0.1 + Key |
| 12/31/2012 | SexArt - Yes - Lia Lor [1080p].mp4 |
| 12/31/2012 | Private.Gold.A.Christmas.Teen.Hangover.XXX.DVDRip.x264-CHiKANi |
| 12/31/2012 | Private - Anal Russian Teens Love Creampies [720p].mp4 |
| 12/31/2012 | CamCard - Business Card Reader 3.2.0.20121214 - AnDrOiD |
| 12/20/2012 | Seal Team Six - Memoirs Of An Elite Navy Seal [96] Unabridged |
| 12/19/2012 | Lady Antebellum - On This Winter's Night (2012) |
| 12/18/2012 | Stuff Magazine - Guide To Android 2012 [azizex666] |
| 12/16/2012 | 18 X Girls - Aliya HD 720p |
| 12/14/2012 | Addison.Unforgettable.View.Part.II.XArt.2012.FullHD_iyutero.com.mov |
| 12/14/2012 | AnDrOiD Applications 12-13-12 |
| 12/13/2012 | Looper.2012.720p.BluRay.DTS.x264-PublicHD |
| 12/13/2012 | Rise of the Planet of the Apes 2011 BRRip 720p HD [Eng-Hin]Multi Sub [Accipiter] |

EXHIBIT C

NIN18

| Hit Date UTC | Filename |
|---|---|
| 12/12/2012 | Rod Stewart-Merry Christmas, Baby (Deluxe Edition)(2012) 320Kbit(mp3) DMT |
| 12/12/2012 | DAEMON Tools Pro Advanced 5.2.0.0348 |
| 12/12/2012 | Blake Shelton   Cheers It s Christmas (2012) NLToppers |
| 12/12/2012 | Looper.2012.1080p.BluRay.REMUX.DTS-HD.MA.5.1-PublicHD |
| 12/12/2012 | Kenny G-The Classic Christmas Album (2012) 320Kbit(mp3) DMT |
| 12/12/2012 | Bing Crosby-White Christmas, Let It Snow! (2012) 320Kbit(mp3) DMT |
| 12/11/2012 | 12.12.10.Rihanna Samuel_Babes_ImgZilla.mp4 |
| 12/11/2012 | Kenny G - The Classic Christmas Album (2012) mp3 |
| 12/11/2012 | VA-A_Very_Special_Christmas_25_Years-_Deluxe_Edition_-2012-DMXCrew |
| 12/11/2012 | Colbie Caillat - Christmas in the Sand [Deluxe Version] (2012) |
| 12/11/2012 | Michael Bublé Feat Bing Crosby - White Christmas.mp3 |
| 12/11/2012 | 101 Christmas Songs (2012) |
| 12/11/2012 | Christmas (Deluxe Special Edition) |
| 12/11/2012 | Cruising Christmas 2012 |
| 12/09/2012 | PhotoViva v2.11 AnDrOiD |
| 12/09/2012 | PhotoViva v2.12 AnDrOiD |
| 12/06/2012 | x-art_kaylee_waterfall_emotions_1080.mov |
| 12/06/2012 | Michael Connelly - The Black Box - 2012 |
| 12/05/2012 | My DVD(4).iso |
| 12/05/2012 | My DVD(3).iso |
| 12/04/2012 | Babes - Hot Luna - Adrianna Luna.mp4 |
| 12/04/2012 | CasualTeenSex  Linda |
| 12/04/2012 | Akimbo Audiobook Player v1.6.2 AnDrOiD |
| 12/01/2012 | Exotic XXX Magazine Collection PDF MEGAPACK [CARG] |
| 12/01/2012 | Tori-TorridLove.m4v |

EXHIBIT C

NIN18

| Hit Date  UTC | Filename |
|---|---|
| 11/30/2012 | Nuts UK - Nuts Sexiest Babes in 2012 (30 November 2012 (HQ PDF)) |
| 11/28/2012 | Andy - Siri for Android (Full) v5.3-AnDrOiD.apk |
| 11/27/2012 | Tiffany.Like.the.First.Time.X.Art.2012.FullHD_iyutero.com.mov |
| 11/27/2012 | Windows The Official Magazine Christmas 2012 [azizex666] |
| 11/27/2012 | 269 Amazing Sex Tips and Tricks for Her |
| 11/27/2012 | xbox360hackers.co.uk_raido.pls |
| 11/27/2012 | Constance.X.Art.on.TV.X.Art.2011_iyutero.com.mov |
| 11/27/2012 | janetJacksonSunningNUDE.wmv |
| 11/27/2012 | Jean M Auel - Mammutjägarna |
| 11/27/2012 | Simpsons 6 |
| 11/27/2012 | twins.avi |
| 11/27/2012 | Lawless.2012.720p.CAN.Alternate.Cut.BluRay.x264-EbP [PublicHD] |
| 11/27/2012 | Let's Dance_950.mp4 |
| 11/27/2012 | Leila.Three.for.the.Show.X-Art.2012_iyutero.com.mov |
| 11/27/2012 | Carmen.Late.Night.X.Art.2011.FullHD_iyutero.com.mov |
| 11/27/2012 | The.Surgeon.S01E07.HDTV.XviD-FQM.avi |
| 11/27/2012 | Carla.Abby.Blonde.Ambition.X.Art.2012.HD_iyutero.com.wmv |
| 11/27/2012 | Photography Monthly 2012-12 |
| 11/27/2012 | Leila,.Faye.and.Mr.X.Awesome.Threesome.X.Art.2011_iyutero.com.avi |
| 11/27/2012 | Connie.True.Love.X.Art.2012.FullHD_iyutero.com.mov |
| 11/27/2012 | El Gringos Hevn |
| 11/27/2012 | Penthouse Magazine USA December 2012 [azizex666] |
| 11/27/2012 | Victoria.More.Than.Just.Friends.X.Art.2011.FullHD_iyutero.com.mov |
| 11/27/2012 | Ivy.Lunchtime.Fantasy.X.Art.2012.HD_iyutero.com.wmv |
| 11/27/2012 | The Complete Guide to Vitamins, Herbs, and Supplement -s The Holistic Path to Good Health |

EXHIBIT C

NIN18

| Hit Date  UTC | Filename |
|---|---|
| | (Epub,Mobi) -Mantesh |
| 11/27/2012 | Most Effective Natural Cures on Earth - The Surprising Unbiased Truth about What Treatments Work and Why -Mantesh |
| 11/27/2012 | final1.avi |
| 11/27/2012 | Tori.Torrid.Love.X.Art.2010.FullHD_iyutero.com.wmv |
| 11/27/2012 | Grace.Breakfast.in.Bed.X-Art.2012_iyutero.com.wmv |
| 11/27/2012 | Let's Dance_original.wmv |
| 11/27/2012 | Anneli.Ivy.The.Masseuse.X.Art.2011.FullHD_iyutero.com.mov |
| 11/25/2012 | Trophy Wives - McKenzee Miles |
| 11/24/2012 | X-Art - Young Passion - Baby [720p].mp4 |
| 11/24/2012 | X-Art.(57.clips) |
| 11/24/2012 | X-Art(57 clips) |
| 11/24/2012 | 007-[X-ART]-fifty.top.scenes.sensitive.art.porn[x50 clips][WMV][740x416] |
| 11/23/2012 | prnfle937x.mp4 |
| 11/23/2012 | 12.11.21.Jessie Volt_Angelica Saige_Babes_ImgZilla.mp4 |
| 11/23/2012 | MassageCreeps - Breanne Benson (Hot Breanne Oily Massage).wmv |
| 11/22/2012 | xxx102.mp4 |
| 11/22/2012 | Babes  Teenage Romance  Tiffany Thompson |
| 11/19/2012 | X Art - Susie And Kaylee HD 1080p |
| 11/19/2012 | X-ART collection HD |
| 11/10/2012 | X-Art Leila, Carmen and Seth - Christmas Vacation [720p].wmv |
| 11/09/2012 | Babes.comLexi Bloom |
| 11/09/2012 | Share.The.Load.5.XXX.DVDRip.XviD-VBT |
| 11/09/2012 | 2ChicksSameTime - Breanne Benson and Tasha Reign (Threesome).mp4 |
| 11/09/2012 | X-Art - Vacation Fantasy - Susie [1080p].mov |

EXHIBIT C

NIN18

| Hit Date UTC | Filename |
|---|---|
| 11/09/2012 | The.Babysitter.7.XXX |
| 11/08/2012 | Babes  Megan Coxx |
| 11/08/2012 | Sex Art - Elaina Raye HD 1080p |
| 11/07/2012 | babes_bg_megan_coxxx_480p_1500-chkm8te.mp4 |
| 11/07/2012 | X-Art - Soul Mates - Ivy [720p].mov |
| 11/05/2012 | xs-phd.11.12.20.lizz.sexual.pampering.wmv |
| 11/05/2012 | Romi extreme dildos 05hd.wmv |
| 11/05/2012 | Intimate.Encounters.3.XXX.DVDRip.XviD-STARLETS |
| 11/04/2012 | Abraham Lincoln Vampire Hunter (2012) |
| 11/04/2012 | prnfle806x.wmv |
| 11/04/2012 | Passion-HD |
| 11/04/2012 | MassageGirls18 - Mali [720p].wmv |
| 11/04/2012 | Men In Black 3 (2012) [1080p] |
| 11/03/2012 | The Bourne Legacy 2012  TS NEW SOURCE CrEwSaDe |
| 11/03/2012 | www.Xtremedon.com --The Amazing Spider-Man (2012) - BR Rip -720 ps - Tamil,Eng,Hindi -700 MB - Team DON.mkv |
| 11/03/2012 | The.Bourne.Legacy.2012.HDTS. XviD-RESiSTANCE |
| 11/03/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 11/02/2012 | prnfle638x.mov |
| 11/02/2012 | prnfle745x.mp4 |
| 11/02/2012 | prnfle749x.mov |
| 11/02/2012 | prnfle774x.mp4 |
| 10/30/2012 | PassionHD - April Oneil (Sunday Afternoon).wmv |
| 10/30/2012 | 18XGirls - Laura Gets A Surprising Massage [1080p].wmv |
| 10/30/2012 | prnfle723x.mov |

EXHIBIT C

NIN18

| Hit Date UTC | Filename |
|---|---|
| 10/29/2012 | Younglegalporn - Threesome Adventure - Anjelica, Zoe [720p].mp4 |
| 10/25/2012 | WowGirls - Heaven Pleasure - Klara, Paloma [720p].mp4 |
| 10/25/2012 | prnfle671x .mov |
| 10/25/2012 | prnfle677x.wmv |
| 10/16/2012 | Saveur - October 2012 |
| 10/16/2012 | Prometheus .2012.DVDRip.XviD-ALLiANCE |
| 10/14/2012 | Photomatix Pro (64-bit) v4.2.4 with Key [h33t][iahq76] |
| 10/14/2012 | Photomatix Pro (32-bit) v4.2.4 with Key [h33t][iahq76] |
| 10/12/2012 | prnfle504x.mp4 |
| 10/10/2012 | Hegre-Art.com_12.07.12.En.Erotic.Hotel.Massage |
| 10/09/2012 | bedtime-stories.rar |
| 10/09/2012 | babes_BG_nikki_daniels_1080p_6000.mp4 |
| 10/09/2012 | The Flux Dance Project.mp4 |
| 10/08/2012 | 2 Chicks Same Time - Ella Milano and Yurizan Beltran [720p] [mp4] |
| 10/08/2012 | Babes - Husband and Wife - Nikki Daniels [720p].mp4 |
| 10/08/2012 | Orgasms - Sensual Massage - Veronika [720p].mov |
| 10/08/2012 | Babes - Warm Wake Up - Katie Kox [720p].mp4 |
| 10/08/2012 | Babes - Babes Duo - Angelica Heart, Natalie Vegas [720p].mp4 |
| 10/08/2012 | Kortney - Sensual Relaxation.mpg |
| 10/08/2012 | babes_BG_rylie_richman_720p_4000.mp4 |
| 10/08/2012 | Masseuse 2 - Brooke Lee Adams, Jesse Jane.avi |
| 10/08/2012 | X-Art - Kristen (Girl Next Door) 720p |
| 10/08/2012 | Madison Ivy - Sensual Relaxation.mp4 |
| 10/08/2012 | Babes - Friends with Benefits - Stoya, Kayden Kross [1080p].mp4 |
| 10/08/2012 | Red Feather with Brandy Aniston |

EXHIBIT C

NIN18

| Hit Date UTC | Filename |
|---|---|
| 10/08/2012 | Babes Tasha Reign Sensual Revelation.mp4 |
| 10/08/2012 | babes_BG_rylie_richman_480p_1500.mp4 |
| 10/08/2012 | Hardcore Sexual Massage 6 |
| 10/08/2012 | Babes - Babes Saturday! Moment Of Grace - Tiffany Thompson.mp4 |
| 10/08/2012 | babes_BG_rylie_richman_720p_4000.mp4 |
| 10/07/2012 | prnfle459x.mov |
| 10/06/2012 | prnfle435x.avi |
| 10/05/2012 | Sophia Knight and Jess West.avi |
| 10/05/2012 | prnfle428x.mkv |
| 10/05/2012 | Our Side of Paradise with Lexi Belle |
| 10/04/2012 | Heavenly.Moments.XXX.1080p.WEBRip.MP4-iaK |
| 10/04/2012 | Eurotic.Encounters.2.XXX.DVDRip.XviD-Pr0nStarS |
| 10/04/2012 | Pretty.Woman.A.XXX.Parody.XXX.1080p.WEBRip.MP4-iaK |
| 10/04/2012 | Babes - One More Time - Anikka Albrite [1080p].mp4 |
| 10/04/2012 | Massage Creep - Bambi's Massage Bliss - Bambi Wolfe [720] [wmv] |
| 10/04/2012 | Dirty Masseur -Jenni Lee |
| 10/04/2012 | 1521_pics.zip |
| 10/04/2012 | 2511_pics.zip |
| 10/04/2012 | X-Art - Silvie, Grace - Wild Things 720 |
| 09/30/2012 | Ccleaner Bus and Pro |
| 09/30/2012 | CCleaner Professional + Business Edition +Crack |
| 09/21/2012 | Scanner Radio Pro v3.8.3 Final By bobiras2009.apk |
| 09/21/2012 | Top Paid Android Games September 2012 Part 4 By bobiras2009 |
| 09/21/2012 | RadarScope v1.3.1.apk |
| 09/21/2012 | Whats.My.IQ.PRO.v1.04-Game-AnDrOiD |

EXHIBIT C

NIN18

| Hit Date  UTC | Filename |
|---|---|
| 09/17/2012 | Men in Black 3 2012 BluRay 720p DTS x264-3Li |
| 09/17/2012 | Snow.White.And.The.Huntsman.(2012).Extended.BRRip.720p.x264.Eng.AAC.5.1.AMX |
| 09/16/2012 | The.Secretary.3.XXX.DVDRiP.XviD-DivXfacTory |
| 09/15/2012 | X-Art - Kaylee (First Love)   September 06, 2012 |
| 09/11/2012 | 2ChicksSameTime Yurizan Beltran, Ella Milano 17 |
| 09/11/2012 | My_Wifes_Hot_Friend_-_Brooklyn_Chase_HD_720p |
| 09/11/2012 | Pure18 - Pure One  Natasha Blaze |
| 09/10/2012 | Very Cool Girl (Oral, CamRip) |
| 09/10/2012 | Wondershare Video Converter Ultimate 5.7.7 keys + keygen by Senzati.rar |
| 09/10/2012 | More Than You Bargained For - Molly Bennett.avi |

EXHIBIT C

NIN18