UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:13-cv-00204-JTM-CAN |
| | ) | |
| WAYNE COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## INITIAL DISCLOSURES

Wayne Cooper makes the following Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

**1. Individuals Likely to Have Discoverable Information:**

Wayne Cooper
6 Surrey Lane
Elkhart, IN 46514
(574) 262-1458

Lori Cooper
6 Surrey Lane
Elkhart, IN 46514
(574) 262-1458

Both persons are expected to testify that Wayne Cooper did not commit the alleged copyright infringements.

**2. Description of Documents:**

Wayne Cooper has one hard drive for his personal computer and one hard drive for his laptop. The hard drive for his personal computer was installed in approximately January of 2013. The prior hard drive for his personal computer failed and was destroyed in

January of 2013. Wayne Cooper is making arrangements to have a mirror image taken of the hard drive for the laptop and the hard drive for the personal computer that was installed in January of 2013. Wayne Cooper also has receipts showing his location at certain dates and times.

**3. Insurance Agreement:**

Wayne Cooper does not believe he has insurance to cover this claim. He does not have an umbrella policy but has a standard homeowner's policy.

**4. Disclosure of Expert Testimony**

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Defendant Wayne Cooper makes the following initial disclosure regarding expert witnesses:

As of the time of service of these Initial Disclosures, Defendant Wayne Cooper has not identified any expert witness that is required to be disclosed pursuant to the Federal Rules of Civil Procedure or the Federal Rules of Evidence. This Initial Disclosure with respect to experts will be supplemented as required.

Respectfully submitted,

/s/William D. Beyers_____
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Edward F. Harney, Jr., Attorney #17365-45
William D. Beyers, Attorney # 28466-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204-2996
Telephone:  (317) 632-4402
Facsimile:  (317) 632-5595
eharney@humesmith.com
bbeyers@humesmith.com
Attorneys for Defendant, C.G. Security Services, Inc.

## CERTIFICATE OF SERVICE

   I hereby certify that on December 31, 2013, a copy of the foregoing was served by US Mail on:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan  48304
paul@nicoletti-associates.com

               /s/William D. Beyers.
                William D. Beyers