UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:13-cv-00204-JTM-CAN |
| | ) | |
| WAYNE COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER DISCOVERY

Wayne Cooper, by counsel, hereby requests an additional 28 days to respond to Malibu Media, LLC's discovery requests. In support Wayne Cooper says:

1. Wayne Cooper has not requested a prior extension of time to respond to Malibu Media LLC's interrogatories and requests for production.

2. Wayne Cooper's discovery responses are due on March 3, 2014.

3. Malibu Media, LLC objects to a 28-day extension of time but agrees to a 14-day extension of time.

4. Local Rule 6-1(b) generally provides for an initial extension of up to 28 days. Such an extension is warranted in this case because it involves copyright infringement, and complicated technical matters.

WHEREFORE Wayne Cooper, by counsel, requests that the Court grant him an additional 28 days to respond to Malibu Media's LLC's discovery, which would make the new deadline March 31, 2014.

Respectfully submitted,

s/William D. Beyers
William D. Beyers, #28466-49
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
Telephone:  (317) 632-4402
Facsimile:  (317) 632-5595
eharney@humesmith.com
bbeyers@humesmith.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan  48304
paul@nicoletti-associates.com

s/William D. Beyers