**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:13-cv-00204-JTM-CAN |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE COOPER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO SERVE EXPERT WITNESS REPORTS**

Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which it has to serve its Expert Witness Reports on Defendant, and states:

1.     Pursuant to this Court's Order entered on December 19, 2013 [CM/ECF 35], Plaintiff is required to disclose its experts and serve its experts' reports on Defendant no later than today, April 30, 2014.

2.     Plaintiff served its Expert Witness List and Partial Report on Defendant on April 29, 2014.  However, Plaintiff's expert is unable to prepare his report because the parties are still determining the logistics of obtaining a copy of Defendant's hard drive.

3.      Pursuant to the Court's Order dated April 22, 2014, Defendant has until May 6, 2014 to respond to Plaintiff's Request for Production and produce a copy of his hard drive [CM/ECF 40].

4.     As such, Plaintiff requires an extension of at least sixty (60) days within which its expert may review any information produced by Defendant in response to the discovery requests, and complete his report.

1

5.      Moreover, the parties are engaged in settlement discussions that my prove fruitful.

6.      This request is made in good faith and not made for the purpose of undue delay.

7.      Undersigned has conferred with counsel for Defendant regarding the relief requested herein, who has advised that Defendant does not oppose.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve its expert reports on Defendant be extended by sixty (60) days, or until June 29, 2014.

Dated:  April 30, 2014

                                        Respectfully submitted,

                                        NICOLETTI LAW, PLC

                        By:      /s/ *Paul J. Nicoletti*
                                 Paul J. Nicoletti, Esq. (P-44419)
                                 33717 Woodward Ave, #433
                                 Birmingham, MI 48009
                                 Tel:  (248) 203-7800
                                 E-Fax: (248) 928-7051
                                 Email:  pauljnicoletti@gmail.com
                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                        By:      /s/ *Paul J. Nicoletti*

2