UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:13-cv-204-JTM-CAN |
| ) | |
| WAYNE COOPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

On April 30, 2014, Plaintiff filed its Motion for Extension of Time Within Which to Serve Expert Witness Reports.  Because Plaintiff has demonstrated good cause and Defendant does not oppose the motion, the Court **GRANTS** Plaintiff's motion. [Doc. No. 41].  Plaintiff must serve any reports from retained experts under Rule 26(a)(2) on Defendant by **June 30, 2014**.  In addition, the Court **EXTENDS** Defendant's deadline to serve his expert reports on Plaintiff until **July 30, 2014**, and **EXTENDS** the deadline for the close of all discovery until **August 29, 2014**.

**SO ORDERED.**

Dated this 5th day of May, 2014.

 S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge